■ In the Matter of the CIVIL SERVICE EMPLOYEES ASSOCIATION, INC., Appellant, v. ROBERT D. HELSBY et al., Constituting the Public Employment Relations Board, Respondents.—Motion for a stay of the enforcement of the determination and order dated November 27, 1968, granted, without costs. Gibson, P. J., Herlihy, Reynolds, Staley, Jr., and Cooke, JJ., concur.